UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:         Raymond Priller                                                    Case No. **19-70516-reg**
                                                                                  Chapter 13


                                              **Debtor**
----------------------------------------------------------x

## ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE CLOSED WITHOUT GRANTING THE DEBTOR A DISCHARGE FOR FAILURE TO COMPLY WITH PERSONAL FINANCIAL MANAGEMENT REQUIREMENT

**WHEREAS,** the above-named Debtor(s) filed a petition for relief under Chapter 13 of the Bankruptcy Code on **January 21, 2019**, and

**WHEREAS**, the Debtor has failed to timely file a certificate of completion of a course in financial management in accordance with Interim Bankruptcy Rules 1007(b)(7) and 1007(c) ("Financial Management Certificate",) and

**WHEREAS,** under Section 1328(g)(1) if the Bankruptcy Code, the Court shall grant the debtor a discharge unless the debtor failed to complete an instructional course concerning personal financial management unless the debtor is a person described in Section 109(h)(4) of the Bankruptcy Code; it is accordingly

**ORDERED**, that the Debtor show cause at **9:30 a.m.** on **July 12, 2023**, before the Honorable **Robert E. Grossman**, Bankruptcy Judge, in Courtroom **860**, at the **United States Bankruptcy Court** located at **290 Federal Plaza, Central Islip, New York 11722,** why the above-captioned case should not be closed without granting the Debtor a discharge for the Debtor's failure to file the Financial Management Certificate, and it is further

**ORDERED,** that the Clerk of the Court shall cause a copy of this Order to Show Cause to be served upon the Debtor, counsel to the Debtor and the Chapter 13 Trustee on or before **July 19, 2023**.



Dated: Central Islip, New York
       June 13, 2023

Robert E. Grossman
United States Bankruptcy Judge